IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| THOMAS EMIL SLIWINSKI, | Cause No. CV 21-38-H-SEH |
| Petitioner, | |
| vs. | ORDER |
| JIM SALMONSEN; ATTORNEY GENERAL OF THE STATE OF MONTANA, | |
| Respondents. | |

On May 17, 2021, pro se state prisoner Petitioner Thomas Emil Sliwinski

filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2254.[1]

Sliwinski was convicted in state court of Bail Jumping in 2017 and received

a 40-year sentence.[2] He challenged the 2017 judgment before this Court in 2019.

The petition was dismissed with prejudice in 2020 as procedurally defaulted.[3]

This Court is without jurisdiction to provide the relief sought. This Court

may not review Sliwinski's present petition unless and until he obtains leave from

---

[1] *See* Doc. 1 at 8. *See also Houston v. Lack*, 487 U.S. 266 (1988).
[2] Doc. 1 at 2-3.
[3] *See Sliwinski v. Guyer*, Cause No. CV-19-80-H-DLC, Or. (D. Mont. Dec. 17, 2020).

the Ninth Circuit Court of Appeals to file a second or successive petition.

The petition is dismissed.

A certificate of appealability is denied. No basis exists to encourage further proceedings.[4]

ORDERED:

1.    The Petition[5] is DISMISSED.

2.    The Clerk of Court is directed to enter judgment of dismissal.

3.    A certificate of appealability is DENIED.

DATED this 26th day of May, 2021.

Sam E. Haddon
United States District Court Judge

---

[4] *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
[5] Doc. 1.